# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOUGLAS AVERY, | ) |
| Plaintiff, | ) |
| v. | ) |
| DEPARTMENT OF CORRECTIONS SCI FOREST, et al., | ) Civil Action No. 1:12-166<br>) Judge Nora Barry Fischer<br>) Magistrate Judge Susan Paradise Baxter |
| Defendant. | ) |

## O R D E R

AND NOW, this day of 1st day of October, 2013, after Plaintiff filed a *pro se* Complaint in the above-captioned case on July 25, 2012, and after a Report and Recommendation was filed by the United States Magistrate Judge on September 11, 2013, (Docket No. [23]) recommending that the instant matter be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure due to Plaintiff's failure to prosecute, and further granted the parties fourteen (14) days or until **September 25, 2013**, to file written objections thereto, and Plaintiff having filed no objections to same by the date of this Order, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Complaint [1] is DISMISSED, for failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court,

at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

                             *s/Nora Barry Fischer*
                             Nora Barry Fischer
                             United States District Judge

cc/ecf: All Counsel of Record
         Honorable Susan Paradise Baxter
         United States Magistrate Judge

cc:     Douglas Avery
         JU7684
         SCI Forest
         P.O. Box 945
         Marianville, PA 16239
         (by regular mail)